IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS CONSERVATOR FOR INDYMAC BANK, F.S.B. | ) ) ) ) | CASE NO. 1:08-CV-02336-KMO |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGE: KATHLEEN M. O'MALLEY |
| JASON WERNER, et al. | ) ) ) | |
| Defendants. | ) | |

## STIPULATED NOTICE OF DISMISSAL

By these signatures below the Plaintiff, IndyMac Ventures, LLC, and the defendants Jason Werner and Graves Lumber Company by and through respective counsel, pursuant to Civil Rule 41(a)(1)(A)(ii) stipulates that this matter be dismissed with prejudice.

As Agreed To By:

/s/ Robert M. Stefancin
Robert M. Stefancin (0047184)
  rstefancin@szd.com
SCHOTTENSTEIN ZOX & DUNN, CO., LPA
US Bank Centre at Playhouse Square
1350 Euclid Avenue
Suite 1400
Cleveland, Ohio 44115
Telephone: (216) 621-6501
Facsimile: (216) 621-6502

*Attorney for Plaintiff, Federal Deposit Insurance Corporation, in its capacity as Conservator for IndyMac Bank, F.S.B.*

-and-

GRANTED: ✓
DENIED: _____

*Kathleen M. O'Malley*
U.S. District Judge
4-9-10

{C0051323.1}